# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 19, 2012

144956

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

LAWRENCE GOODENOW,
        Petitioner-Appellee,

v

PUBLIC SCHOOL EMPLOYEES
RETIREMENT BOARD and PUBLIC
SCHOOL EMPLOYEES RETIREMENT
SYSTEM,
        Respondents-Appellants.

SC: 144956
COA: 301553
Ingham CC: 09-001529-AA

_____/

      On order of the Court, the application for leave to appeal the March 6, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 19, 2012

_____
Clerk

p0912